UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY McDOWELL, <br><br> Plaintiff, <br><br> v. <br><br> R. RIVERA, et al., <br><br> Defendants. | Case No.: 1:17-cv-01665-LJO-BAM (PC) <br><br> ORDER VACATING FINDINGS AND RECOMMENDATIONS <br> (ECF No. 9) <br><br> ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS <br> (ECF No. 8) |

Plaintiff Jerry McDowell ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 13, 2017, the Court ordered Plaintiff to submit a completed application to proceed in forma pauperis, or pay the filing fee within forty-five (45) days. (ECF No. 4.) On February 21, 2018, Plaintiff filed the instant motion to proceed in forma pauperis. (ECF No. 8.) On February 22, 2018, the Court signed findings and recommendations recommending dismissal of this action, without prejudice, for Plaintiff's failure to obey the Court's order and failure to prosecute this action. (ECF No. 9.)

As it appears Plaintiff's motion crossed in the mail with the Court's findings and recommendations, the Court finds it proper to vacate its findings and recommendations of February 22, 2018.

1

Further, Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on February 22, 2018 (ECF No. 9), are VACATED;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 8) is GRANTED;

3. **The Director of the California Department of Corrections or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

4. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF); and

5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **February 22, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE