# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY McDOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERA, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01665-LJO-BAM (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 15)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE AUGUST 14, 2018 SCREENING ORDER ON PLAINTIFF<br>(ECF No. 14)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Jerry McDowell ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 30, 2018, Plaintiff filed a notice of change of address to his current address of record. (ECF No. 13.) On August 14, 2018, the Court issued an order screening Plaintiff's first amended complaint and granting Plaintiff leave to file a second amended complaint. The order was mailed to Plaintiff's updated address in Fontana, California. (ECF No. 14.) The order was not returned to the Court as undeliverable, and no other communication was received from Plaintiff.

///

1

Thus, on October 4, 2018, the Court issued findings and recommendations to dismiss this action, with prejudice, for Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute. (ECF No. 15.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 11.)

Currently before the Court are Plaintiff's objections, filed October 18, 2018. (ECF No. 16.) Plaintiff states that he never received the Court's August 14, 2018 screening order granting leave to amend, and requests an extension of time to file his amended complaint. (Id.)

As it appears that Plaintiff did not receive the Court's prior screening order, the Court finds good cause to vacate the pending findings and recommendations and permit Plaintiff another opportunity to file a second amended complaint. Plaintiff should not be penalized for failure to obey a court order that he did not receive.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on October 4, 2018, (ECF No. 15), are VACATED;
2. The Clerk's Office shall re-serve the Court's August 14, 2018 screening order, (ECF No. 14) on Plaintiff at his current address of record;
3. The Clerk's Office shall send Plaintiff a complaint form;
4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a second amended complaint in compliance with the Court's screening order; and
5. **If Plaintiff fails to file a second amended complaint in compliance with this order, this action will be dismissed, with prejudice, for failure to obey a court order and failure to state a claim**.

IT IS SO ORDERED.

Dated: __October 24, 2018__    /s/ *Barbara A. McAuliffe* _
                                             UNITED STATES MAGISTRATE JUDGE